CLOSED, TRANSFER

# U. S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:08-cv-00752-ILRL-ALC
# Internal Use Only

Ivey v. Davol Inc et al
Assigned to: Judge Ivan L. R. Lemelle
Referred to: Magistrate Judge Alma L. Chasez
Cause: 00:0000 Cause Code Unknown

Date Filed: 01/25/2008
Date Terminated: 03/10/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Earl Ivey** represented by **John D. Sileo**
John D. Sileo, Attorney at Law
320 N. Carrollton Ave.
Suite 200
New Orleans, LA 70119
504-483-3400
Email: jsileo@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2008 | 1 | COMPLAINT with Jury Demand against Davol Inc, C.R. Bard, Inc. (Filing fee $ 350.) filed by Earl Ivey.(cl, ) (Entered: 01/31/2008) |
| 01/31/2008 | 2 | Summons Issued as to Davol Inc, C.R. Bard, Inc.. (cl, ) (Entered: 01/31/2008) |
| 03/07/2008 | 3 | Notice of Conditional Transfer Order to MDL regarding MDL 1842. (lag, ) (Entered: 03/13/2008) |
| 03/10/2008 | 4 | Order of MDL Transfer to District of Rhode Island. MDL case number is 1842. Electronic file, certified copy of transfer order, and docket sheet sent. (emailed to Barbara Barletta, USDC RID)(lag, ) (Entered: 03/14/2008) |